AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

GEORGE BRUMITT, on behalf of himself
and the class described herein,

V.

Unifund CCR Partners, Unifund Corp.,
David G. Rosenburg, Credit Card
Receivables Fund, Inc. and ZB LP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv 396 - A

TO: (Name and address of Defendant)

Unifund CCR Partners
c/o Corporation Trust Company
Corporation Trust Center, 1209 Orange St
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                               5/2/05
_____              _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

GEORGE BRUMITT, on behalf of himself
and the class described herein,

V.

Unifund CCR Partners, Unifund Corp.,
David G. Rosenburg, Credit Card
Receivables Fund, Inc. and ZB LP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv 396-A

TO: (Name and address of Defendant)

Unifund Corporation
10625 Techwoods Circle
Cincinnati OH 45242

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL  36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE  5/2/05

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

GEORGE BRUMITT, on behalf of himself
and the class described herein,

V.

Unifund CCR Partners, Unifund Corp.,
David G. Rosenburg, Credit Card
Receivables Fund, Inc. and ZB LP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv396-A

TO: (Name and address of Defendant)

Credit Card Receivables Fund Inc.
10625 Techwoods Circle
Cincinnati OH 45245

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL  36533-0969

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  5/2/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

GEORGE BRUMITT, on behalf of himself
and the class described herein,

V.

**SUMMONS IN A CIVIL CASE**

Unifund CCR Partners, Unifund Corp.,
David G. Rosenburg, Credit Card
Receivables Fund, Inc. and ZB LP

CASE NUMBER: 2:05CV396-A

TO: (Name and address of Defendant)

ZB Limited Partnership
c/o Prentice-Hall Corporation System
2711 Centerville Rd., Ste 400
Wilmington DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              5/2/05

CLERK                                                         DATE

(By) DEPUTY CLERK