IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GEORGE BRUMITT, ON BEHALF OF HIMSELF AND THE CLASS DESCRIBED HEREIN, | ) ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | 2:05-cv-00396-WHA-DRB |
| UNIFUND CCR PARTNERS, UNIFUND CORPORATION, CREDIT CARD RECEIVABLES FUND INCORPORATED AND ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| DEFENDANT(S). | ) | |

## NOTICE OF APPEARANCE AND MOTION TO EXTEND

Attorneys John P. Scott, Jr.; Rik S. Tozzi and Joshua H. Threadcraft of the law firm of Starnes & Atchison, LLP, enter their appearances as counsel for the defendants identified in the Complaint as Unifund CCR Partners, Unifund Corporation, Credit Card Receivables Fund Incorporated and ZB Limited Partnership.

Counsel for Defendants also respectfully requests an additional twenty (20) days from the date of this filing, until June 15, 2005, to respond to the Complaint. Plaintiff has no objection to allowing Defendants this additional time to respond to the Complaint. No party will be prejudiced by this Court granting this motion.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully requests that this Court enter an order allowing them an additional 20 days, until June 15, 2005, to respond to the Complaint.

                Respectfully Submitted,

                /s Joshua H. Threadcraft
                John P. Scott, Jr.
                Bar No.: ASB 3636-O69J
                Rik S. Tozzi
                Bar No.: ASB 7144-Z48R
                Joshua H. Threadcraft
                Bar No.: ASB 7136-H36T
                Attorneys for Defendants identified in the Complaint as Unifund CCR Partners, Unifund Corporation, Credit Card Receivables Fund Incorporated and ZB Limited Partnership
                STARNES & ATCHISON, LLP
                Seventh Floor, 100 Brookwood Place
                Post Office Box 598512
                Birmingham, Alabama 35259-8512
                Telephone: (205) 868-6000
                Facsimile: (205) 868-6099
                E-mail:    jps@starneslaw.com
                                rst@starneslaw.com
                                jht@starneslaw.com

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GEORGE BRUMITT, ON BEHALF OF HIMSELF AND THE CLASS DESCRIBED HEREIN, | ) ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | CASE NO. 2:05cv396-A |
| UNIFUND CCR PARTNERS, UNIFUND CORPORATION, CREDIT CARD RECEIVABLES FUND INCORPORATED AND ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| DEFENDANT(S). | ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that on this the __26th__ day of May, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl Price Underwood, Jr., Esq.
E-mail:   epunderwood@alalaw.com

James Donnie Patterson, Esq.
E-mail:   jpatterson@alalaw.com

Jimmy S. Calton, Jr. Esq,
E-mail:   caltonlaw@eufaula.rr.com

{B0500129}   3

Respectfully Submitted,

/s Joshua H. Threadcraft
John P. Scott, Jr.
Bar No.: ASB 3636-O69J
Rik S. Tozzi
Bar No.: ASB 7144-Z48R
Joshua H. Threadcraft
Bar No.: ASB 7136-H36T
Attorneys for Defendants identified in the Complaint as Unifund CCR Partners, Unifund Corporation, Credit Card Receivables Fund Incorporated and ZB Limited Partnership
STARNES & ATCHISON, LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Facsimile: (205) 868-6099
E-mail:   jps@starneslaw.com
          rst@starneslaw.com
          jht@starneslaw.com