IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMITT, ON BEHALF OF HIMSELF AND THE CLASS DESCRIBED HEREIN,<br><br>PLAINTIFFS,<br><br>v.<br><br>UNIFUND CCR PARTNERS, UNIFUND CORPORATION, CREDIT CARD RECEIVABLES FUND INCORPORATED AND ZB LIMITED PARTNERSHIP,<br><br>DEFENDANT(S). | 2:05-cv-00396-WHA-DRB |

## NOTICE OF APPEARANCE AND MOTION TO EXTEND

Attorneys John P. Scott, Jr.; Rik S. Tozzi and Joshua H. Threadcraft of the law firm of Starnes & Atchison, LLP, enter their appearances as counsel for the defendants identified in the Complaint as Unifund CCR Partners, Unifund Corporation, Credit Card Receivables Fund Incorporated and ZB Limited Partnership.

Counsel for Defendants also respectfully requests an additional twenty (20) days from the date of this filing, until June 15, 2005, to respond to the Complaint. Plaintiff has no objection to allowing Defendants this additional time to respond to the Complaint. No party will be prejudiced by this Court granting this motion.

**MOTION GRANTED**

SO ORDERED
THIS 27th DAY OF May, 2005

_____
UNITED STATES DISTRICT JUDGE