**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

June 1, 2005

# NOTICE OF CORRECTION

**To:**            Counsel of Record

**From:**          Clerk's Office

**Case Style**     George Brumitt vs. Unifund CCR Partners, et al.

**Case Number:**   2:05cv396

**Referenced Pleading**   Rule 26 Order
                          Document #8

**This Notice of Correction filed in the above reverenced case to reflect docketing error. Please disregard this entry as it was docketed in this case in error.**