DISTRICT AND SMALL CLAIMS FORMS                                 Form 1

ce of the right to
ty.

OF ARCP

lure as modified
shall be applica-
en necessary to
e Alabama Rules
not inconsistent

# APPENDIX.  DISTRICT COURT AND SMALL CLAIMS FORMS

## FORM 1.  NOTICE TO DEFENDANT AND COMPLAINT (GENERAL)

[Front]

Instructions for Completing this Form are on the Back

DISTRICT COURT

(address)

(telephone number)

_____ )
Plaintiff(s)               )
           against         ) Case Number: _____
_____ )
Defendant(s)               )

### NOTICE TO EACH DEFENDANT—READ CAREFULLY

You are being sued in the Small Claims Court by the Plaintiff(s) shown above. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU FAIL TO TAKE ANY ACTION TO PROTECT YOUR RIGHTS WITHIN 14 DAYS AFTER THESE PAPERS WERE DELIVERED TO YOU, A COURT JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. THIS COULD LEAD TO GARNISHMENT OF YOUR PAYCHECK AND/OR SALE OF YOUR HOME OR OTHER BELONGINGS, UNLESS PROTECTED BY LAW, TO SATISFY THAT JUDGMENT.

TO PREVENT THIS, YOU OR YOUR LAWYER MUST FILL OUT THE ENCLOSED ANSWER FORM, AND DELIVER OR MAIL A COPY TO THE COURT, AT THE ADDRESS SHOWN ABOVE, SO IT WILL ARRIVE AT THE COURT WITHIN 14 DAYS AFTER THESE PAPERS WERE DELIVERED TO YOU. INSTRUCTIONS FOR THIS ARE ON THE BACK OF THE ANSWER FORM ITSELF. (If you did not receive an Answer form, call the Court IMMEDI- ATELY to obtain another form.) YOU WILL THEN BE NOTIFIED OF THE DATE AND TIME OF YOUR TRIAL. If you have questions or need assistance with your Answer, see a lawyer or call or come by the Court.

### COMPLAINT
(General)

1. The Defendant(s) owes [name(s)] the sum of $_____, because: Plaintiff(s) also claims court costs, plus $_____ for interest [and $_____ for lawyer's fees] from the Defendant(s).

_____
Signature of Plaintiff(s) or Attorney

Address _____

City _____ State _____ Zip _____
Telephone: _____

209

Form 1                                    SMALL CLAIMS RULES

[Back]

I hereby certify that I mailed a copy of this Complaint to: _____

DISTRICT COURT

CASE NO: _____

by Certified Mail, Return Receipt Requested, on _____,

COMPLAINT

19_____: The signed Return Receipt is attached hereto.

_____
Plaintiff(s)

_____
Clerk of District Court

_____
Address

★ ★ ★

City         State         Zip

I hereby certify that I personally delivered a copy of this Complaint to: _____

Telephone: _____

vs.

_____
Defendant(s)

on _____, 19_____.

_____
Address

_____
Deputy Sheriff or Constable

City         State         Zip

Telephone: _____

### INSTRUCTIONS TO THE PLAINTIFF(S)

1. This is your case, and even though the procedures in Small Claims Court are very simple, you will be successful only if you follow up your case at each step of the way. It is your responsibility to complete this Complaint as much as possible, to make sure a copy is delivered ("served") on each Defendant, to present your side of the case if there is a trial, and to enforce any judgment if you win.

2. If you need help, ask the clerk assigned to Small Claims cases. A set of Rules and a Handbook which tells how to handle a Small Claims case at each stage, including how to go through a trial and enforce any judgment you win, are available from the clerk's office.

3. A Small Claims case is started by completing one of these forms for each Defendant you wish to sue. If you are suing a business, ask a clerk to help in getting the correct legal name and form of the business.

4. BE AS BRIEF AS POSSIBLE, BUT INCLUDE EVERY IMPORTANT NAME, DATE, TIME AND PLACE. Examples of how to fill in a Complaint form for most kinds of cases are contained in the Small Claims Handbook.

5. After you complete this form, the clerk will help get it delivered ("served") to each Defendant. If you haven't heard from anyone about your case in about 30 days, check with the Clerk's office to make sure each Defendant was served with your Complaint. Anytime you contact the Court, refer to your Case Number shown on the front. See the Small Claims Handbook for information on how to proceed from here.