IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMITT, etc., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv396-A |
| ) | |
| UNIFUND CCR PARTNERS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Joint Motion to Dismiss (Doc. #10), filed on June 15, 2005, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before July 7**, **2005** why the motion should not be granted. The Defendants shall have **until July 14, 2005** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 16th day of June, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE