IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **George Brummitt,** | \* |
| | \* |
| Plaintiffs, | \* |
| v. | \*CASE NO. 2:05cv396-WAH-DRB |
| | \* |
| **Unifund CCR Partners, et al.** | \* |
| | \*   **JURY TRIAL DEMANDED** |
| Defendant(s). | \* |

## MOTION TO DISMISS CLASS ACTION ALLEGATIONS

**COMES NOW** the Plaintiff, GEORGE BRUMMITT, pursuant to FRCP 23(e) and moves the honorable Court for an order dismissing the class action allegations herein without prejudice.

**RESPECTFULLY** submitted on this the 28th day of June, 2005.

_____
EARL P. UNDERWOOD (UNDEE6591)

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
PO Box 969
Fairhope Alabama 36533
(251) 990-5558
(251) 990-0626 (Fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 28th day of June, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua H. Threadcraft
Email:      jht@starneslaw.com

Rik S. Tozzi
Email:      rst@starneslaw.com

John P. Scott, Jr.
Email:      jps@starneslaw.com

Jimmy S. Calton, Jr.
Email:      caltonlaw@eufaula.rr.com


Respectfully submitted,

Earl P. Underwood, Jr.