### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| George Brummitt, | * |
| Plaintiffs, | * |
| v. | *CASE NO. 2:05cv396-WAH-DRB |
| Unifund CCR Partners, et al. | * |
| Defendant(s). | * JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, GEORGE BRUMMITT, by and through the undersigned attorney, and move this honorable court for leave to amend his complaint. A proposed amended complaint is filed herewith.

**WHEREFORE** Plaintiff asks the honorable court to grant his motion.

**SO MOVED** on this the 28th day of June 2005.

_____
EARL P. UNDERWOOD (UNDEE6591)

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
PO Box 969
Fairhope Alabama 36533
(251) 990-5558
(251) 990-0626 (Fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 28th day of June, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua H. Threadcraft
Email:     jht@starneslaw.com

Rik S. Tozzi
Email:     rst@starneslaw.com

John P. Scott, Jr.
Email:     jps@starneslaw.com

Jimmy S. Calton, Jr.
Email:     caltonlaw@eufaula.rr.com


Respectfully submitted,

Earl P. Underwood, Jr.