**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 29, 2005

# NOTICE OF CORRECTION

**To:**   Counsel of Record

**From:**   Clerk's Office

**Case Style**   George Brummit vs. CCR Partners, et al.
   Civil Action No.  2:05cv396

**Referenced Pleading:**   Motion to Amend Complaint
   Document #14

**This Notice of Correction filed in the above referenced case to attach previously unsigned certificate of service page.**