IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMITT, ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:05cv396-WHA-DRB |
| ) | |
| UNIFUND CCR PARTNERS, UNIFUND ) | |
| CORPORATION, CREDIT CARD ) | |
| RECEIVABLES FUND INCORPORATED ) | |
| AND ZB LIMITED PARTNERSHIP, ) | |
| ) | |
|     DEFENDANT(S). ) | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REVISED AND AMENDED MOTION TO DISMISS**

Defendants, Unifund CCR Partners ("Unifund CCR"), Unifund Corporation, Credit Card Receivables Fund, Incorporated, and ZB Limited Partnership (collectively the "Defendants"), by and through counsel, respectfully request an additional fourteen (14) days to file a revised and amended motion to dismiss the claims of Plaintiff, George Brumitt (the "Plaintiff") as set forth in the First Amended Complaint. In support of this Motion, the Defendants state as follows:

1. On April 29, 2005, the Plaintiff filed his three-count Complaint asserting Fair Debt Collection Practices Act ("FDCPA") claims against the Defendants, on behalf of himself and on behalf of a putative class.

2. On June 15, 2005, Defendants filed a Motion to Dismiss the claims asserted in the Complaint because Plaintiff and the purported putative class failed

to state a claim and this Court lacked jurisdiction. Plaintiff filed a response to the Motion to Dismiss on July 5, 2005.

3. On June 28, 2005, however, Plaintiff dismissed the class action allegations and filed a Motion for Leave to Amend the Complaint. The First Amended Complaint dramatically alters the allegations in the Complaint in that it only asserts Plaintiff's individual claims.

4. In light of this fact, Defendants request that the previous Motion to Dismiss be mooted and Defendant be allowed until July 26, 2005 to file a revised and amended Motion to Dismiss based upon the allegations in the First Amended Complaint.

5. The parties will not be prejudiced by this extension. Said continuance is also in the interest of judicial economy. Specifically, Defendants want to avoid having the Court consider the Motion to Dismiss that was previously filed which was based upon the allegations in the original Complaint.

6. Plaintiff does not oppose and consents to this motion.

7. Moreover, the parties have had and continue to have extensive settlement negotiations.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court extend the time to file a revised and amended Motion to

Dismiss based upon the allegations in the First Amended Complaint for an additional fourteen (14) days until July 26, 2005.

                                          Respectfully submitted,

                                          /s Joshua H. Threadcraft  
                                          John P. Scott, Jr.  
                                          Bar No.: ASB 3636-O69J  
                                          Rik S. Tozzi  
                                          Bar No.: ASB 7144-Z48R  
                                          Joshua H. Threadcraft  
                                          Bar No.: ASB 7136-H36T  
                                          Attorneys for Defendants identified in the Complaint as Unifund CCR Partners, Unifund Corporation, Credit Card Receivables Fund Incorporated and ZB Limited Partnership  
                                          STARNES & ATCHISON, LLP  
                                          Seventh Floor, 100 Brookwood Place  
                                          Post Office Box 598512  
                                          Birmingham, Alabama 35259-8512  
                                          Telephone: (205) 868-6000  
                                          Facsimile: (205) 868-6099  
                                          E-mail:   jps@starneslaw.com  
                                                                     rst@starneslaw.com  
                                                                     jht@starneslaw.com

OF COUNSEL:  
STARNES & ATCHISON LLP  
Seventh Floor, 100 Brookwood Place  
Post Office Box 598512  
Birmingham, Alabama, 35259-8512

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEBRGE BRUMITT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:05cv396-WHA-DRB |
| ) | |
| UNIFUND CCR PARTNERS, UNIFUND ) | |
| CORPORATION, CREDIT CARD ) | |
| RECEIVABLES FUND INCORPORATED ) | |
| AND ZB LIMITED PARTNERSHIP, ) | |
| ) | |
| DEFENDANT(S). ) | |

**CERTIFICATE OF SERVICE**

    I do hereby certify that on this the __12th__ day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl Price Underwood, Jr., Esq.
E-mail:    epunderwood@alalaw.com

James Donnie Patterson, Esq.
E-mail:    jpatterson@alalaw.com

Jimmy S. Calton, Jr. Esq.
E-mail:    caltonlaw@eufaula.rr.com

Respectfully Submitted,

 /s Joshua H. Threadcraft
John P. Scott, Jr.
Bar No.: ASB 3636-O69J
Rik S. Tozzi
Bar No.: ASB 7144-Z48R
Joshua H. Threadcraft
Bar No.: ASB 7136-H36T
Attorneys for Defendants identified in the Complaint as Unifund CCR Partners, Unifund Corporation, Credit Card Receivables Fund Incorporated and ZB Limited Partnership
STARNES & ATCHISON, LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Facsimile: (205) 868-6099
E-mail:    jps@starneslaw.com
           rst@starneslaw.com
           jht@starneslaw.com