IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMITT,<br><br>PLAINTIFF,<br><br>v.<br><br>UNIFUND CCR PARTNERS, UNIFUND CORPORATION, CREDIT CARD RECEIVABLES FUND INCORPORATED AND ZB LIMITED PARTNERSHIP,<br><br>DEFENDANT(S). | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:05cv396-WHA-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REVISED AND AMENDED MOTION TO DISMISS

Defendants, Unifund CCR Partners ("Unifund CCR"), Unifund Corporation, Credit Card Receivables Fund, Incorporated, and ZB Limited Partnership (collectively the "Defendants"), by and through counsel, respectfully request an additional fourteen (14) days to file a revised and amended motion to dismiss the claims of Plaintiff, George Brumitt (the "Plaintiff") as set forth in the First Amended Complaint. In support of this Motion, the Defendants state as follows:

1. On April 29, 2005, the Plaintiff filed his three-count Complaint asserting Fair Debt Collection Practices Act ("FDCPA") claims against the Defendants, on behalf of himself and on behalf of a putative class.

2. On June 15, 2005, Defendants filed a Motion to Dismiss the claims asserted in the Complaint because Plaintiff and the purported putative class failed

**MOTION GRANTED**

SO ORDERED
THIS _14th_ DAY OF _July_, 20_05_

_____
UNITED STATES DISTRICT JUDGE