IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMITT, etc., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv396-A |
| | ) |
| UNIFUND CCR PARTNERS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 14, 2005, this court entered an Order granting an extension of time until July 26, 2005 for the Defendants to file a Revised and Amended Motion to Dismiss. As part of their request for an extension of time, the Defendants also requested that the original Motion to Dismiss be mooted. No new Motion to Dismiss has been filed. Accordingly, it is hereby ORDERED as follows:

1. The Plaintiff's Motion to Dismiss Class Allegations (Doc. #13) and Motion to Amend/Correct the Complaint (Doc. #14) are GRANTED.

2. The Motion to Dismiss (Doc. # 10) is DENIED as moot.

The Defendants are given until **August 30, 2005**, to Answer the Amended Complaint.

DONE this 17th day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE