IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv396-A |
| ) | |
| UNIFUND CCR PARTNERS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 17, 2005, the court entered an order (Doc. #19) directing the Defendants to answer the Amended Complaint by August 30, 2005. No Answer has been filed. It is hereby

ORDERED that the Defendants are given **until December 14, 2005**, to show cause, if any there be, why default should not be entered against them.

DONE this 8th day of December, 2005.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE