IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GEORGE BRUMMITT,** | * |
| | * |
| Plaintiff, | * |
| v. | *CASE NO. 2:05cv396-WAH-DRB |
| | * |
| Unifund CCR Partners, et al., | * |
| | * |
| Defendant(s). | * |

### STIPULATION OF DISMISSAL

Counsel for all parties hereby stipulate that the above case is due to be dismissed with prejudice on account of being fully and finally settled by payment by Defendant to Plaintiff, cost taxed as paid.

Earl P. Underwood, Jr.
Attorney for Plaintiff
Post Office Box 969
Fairhope, AL 36533-0969
251-990-5558

Rik Standford Tozzi
Starnes & Atchison
Post Office Box 598512
Birmingham, AL 35259-8512
205-868-6000

### CERTIFICATE OF SERVICE

I do hereby certify that on this the __8th__ day of ~~September~~ Dec., 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joshua H. Threadcraft

Email:     jht@starneslaw.com

Rik S. Tozzi
Email:     rst@starneslaw.com

John P. Scott, Jr.
Email:     jps@starneslaw.com

Jimmy S. Calton, Jr.
Email:     caltonlaw@eufaula.rr.com


Respectfully submitted,

*Earl Underwood/ By Permission RSD*
Earl P. Underwood, Jr.