IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv396-A |
| ) | |
| UNIFUND CCR PARTNERS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. #21), filed on December 8, 2005, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 9th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE